COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| FIVE STAR DEVELOPMENT RESORT COMMUNITIES, LLC, | § | |
| | | No. 08-11-00064-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 384th District Court |
| iSTAR FINANCIAL, INC., TROY D. STEPHAN, AND STEVEN MAGEE, | § | |
| | | of El Paso County, Texas |
| | § | |
| Appellees. | | (TC# 2009-4914) |
| | § | |
| | § | |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss for lack of jurisdiction. Appellant points out that it is appealing an order dismissing its claims against three defendants, while its claims against several remaining co-defendants have not been dismissed or severed. The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

June 15, 2011

Before Chew, C.J., McClure, and Rivera, JJ.